# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE LUIS RAMERIZ, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No: SA-19-CV-150-XR |
| BLUE BONNET LEASE SERVICES & TRANSPORT, LLC, BLUEBONNETT WELL SERVICES, LLC, DAVID L. GARZA, and ABEL TIJERINA, | ) |
| *Defendants*. | ) |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED that all claims asserted or that could have been asserted by and among the Plaintiff, JOSE LUIS RAMERIZ, and Defendants, BLUE BONNET LEASE SERVICES & TRANSPORT, LLC, BLUEBONNETT WELL SERVICES, LLC, DAVID L. GARZA, and ABEL TIJERINA, in this action are hereby dismissed, with prejudice, each Party bearing their own attorney's fees and costs.

It is so ORDERED.

SIGNED this 11th day of September, 2020.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE